1 | McGREGOR W. SCOTT
United States Attorney
2 | VINCENZA RABENN
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO AZDAR MARTINEZ,<br><br>Defendant. | 1:18-CR-00004-DAD-BAM<br><br>ORDER DISMISSING INDICTMENT |

**ORDER**

The United States has moved to dismiss the indictment against defendant VICTOR HUGO AZDAR MARTINEZ, filed on January 11, 2018. (ECF No. 3.) The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court hereby orders that the indictment be dismissed without prejudice.

IT IS SO ORDERED.

Dated: **February 27, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1